*Revised July 2012*

# United States District Court for Western District of Tennessee
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff | MEMPHIS COMMUNITY AGAINST POLLUTION, INC., PROTECT OUR AQUIFER, and SIERRA CLUB |
|---|---|
| Defendant | UNITED STATES ARMY CORPS OF ENGINEERS, an agency of the United States Department of Defense, and LT. GEN. SCOTT SPELLMON, in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers |
| Case Number | 2:21-cv-02201          Judge     John T. Fowlkes, Jr. |

I, _____Brittany M. Pemberton_____hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of _____Byhalia Pipeline, LLC_____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Virginia State Bar | 11/10/2013 |
| District of Columbia Bar | 10/06/2014 |
| U.S. District Court / District of Columbia | 04/05/2021 |
| U.S. Court of Appeals/District of Columbia Circuit | 03/15/2016 |
| U.S. Court of Appeals/ Third Circuit | 01/30/2020 |
| U.S. Court of Appeals / Fifth Circuit | 06/07/2017 |
| U.S. Court of Appeals / Tenth Circuit | 06/17/2016 |
| Supreme Court of the United States | 01/27/2020 |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| **Pemberton** | **Brittany** | **M.** |

| Applicant's Firm Name | | |
|---|---|---|
| **Bracewell LLP** | | |
| Applicant's Address | | Room/Suite Number |
| **2001 M Street, N.W.** | | **900** |
| City | State | Zip Code |
| **Washington** | **DC** | **20036** |
| Applicant's Email Address | | |
| **Brittany.pemberton@bracewell.com** | | |
| Applicant's Phone Number(s) | | |
| **(202) 828-1708** | | |

## Certificate of Consultation

| Date | Electronic Signature of Applicant |
|---|---|
| 04/16/2021 | S/ *Brittany Pemberton* |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Brittany Michelle Pemberton*

was duly qualified and admitted on October 6, 2014 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 7, 2021.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

 

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### BRITTANY M. PEMBERTON

was, on the _5th_ day of _April_ A.D. _2021_ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this _13th_ day of _April_ A.D. _2021_ .



*Angela D. Caesar*

**ANGELA D. CAESAR,** Clerk of Courts

By: _Natalee McClure_

**Deputy Clerk**