## **Exhibit B**

Letter from Byhalia Pipeline LLC to Vicksburg District of the U.S. Army Corps of Engineers (July 8, 2021)



July 8, 2021

Ms. Cori Carraway
U.S. Army Corps of Engineers, Vicksburg District
4155 Clay Street
Vicksburg, MS 39183-3435

RE:  Byhalia Connection Pipeline NWP 12 Verification MVK-2019-473

Dear Ms. Carraway:

Byhalia Pipeline LLC ("Byhalia") received authorization under the 2017 Nationwide Permit 12 program from your office on January 25, 2021 for the construction of the Byhalia Connection Pipeline project. Due to changes in energy production post-COVID, Byhalia has determined that it will no longer pursue this pipeline construction project and respectfully requests the Army Corps of Engineers revoke the 2017 Nationwide Permit 12 verification, MVK-2019-473.

If you have any questions concerning the above information, please do not hesitate to contact me at cehoward@paalp.com or (713) 993-5096.


Regards,

*Carol E Howard*

Carol E. Howard
Sr. Environmental Permitting & Compliance Specialist

  cc:   Jerry Bourne, USACE Vicksburg District Regulatory Division, Sr. Environmental Specialist
        Mitch Elcan, USACE Memphis District Regulatory Division, Biologist