-3-

# **Exhibit C**

Letter from Memphis District of the U.S. Army Corps of Engineers Revoking the Verifications (July 28, 2021)



**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS
MEMPHIS DISTRICT
167 NORTH MAIN STREET B-202
MEMPHIS, TN 38103-1894

July 28, 2021

Regulatory Division

Ms. Carol Howard
Byhalia Pipeline, LLC
333 Clay Street, Suite 1900
Houston, Texas 77002

Dear Ms. Howard:

On July 8, 2021 (enclosure), Byhalia Pipeline, LLC advised the Memphis and Vicksburg Districts of the Byhalia Connection Pipeline Project cancelation and requested revocation of the Nationwide Permit 12 verifications issued by both Districts.

Regarding your request for revocation, Byhalia Pipeline, LLC received verifications from the Memphis and Vicksburg Districts under the 2017 Nationwide Permit 12 on February 1, 2021 and January 25, 2021, respectively.  The 2017 Nationwide Permit 12 expired on March 14, 2021 when the 2021 Nationwide Permit 12 went into effect.  Pursuant to the verification letters issued for the pipeline project, projects that have commenced, or that are under contract to commence, in reliance upon a Nationwide Permit will remain authorized provided the activity is completed within 12 months of the date of any subsequent modification, expiration, or revocation of the Nationwide Permit.  Due to the expiration of the 2017 Nationwide Permit 12, and the notice of cancellation of the proposed project by Byhalia Pipeline, LLC, the verifications issued under Nationwide Permit 12 (MVM-2019-206 and MVK-2019-473) are no longer valid.

If we may be of any further assistance in this matter, please contact Mr. Mitch Elcan, telephone (901) 544-0737 or email address: James.M.Elcan@usace.army or Mr. Jerry Bourne, telephone (601) 631-5441 or email address: Gerald.G.Bourne@usace.army.mil.

Sincerely,

*Joshua Bright* (Digitally signed by Joshua Bright, Date: 2021.07.28 09:18:42 -05'00')

for   Deputy Chief
Regulatory Division
Memphis District

*Jennifer G. Brown*
Chief
Permit and Evaluation Branch
Regulatory Division
Vicksburg District